# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 25, 2012 |
| Court Reporter: Janet Coppock | Time: 31 minutes |
| Probation Officer: Justine Kozak | Interpreter: n/a |

**CASE NO. 11-CR-00356-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Thomas O'Rourke |
| Plaintiff, | |
| vs. | |
| **MICKEY MARIE PALMORE,** | Brian Leedy |
| Defendant. | |

## SENTENCING

**2:37 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00356-PAB
May 25, 2012

Mr. Leedy requests a continuance to supplement defendant's motions for variant sentence and downward departure.

No objection by Mr. O'Rourke.

Court addresses defendant's objections to the presentence investigation report.

**ORDERED:** Objections regarding 6-level enhancement because the offense involved more than 250 victims and the 2-level enhancement for an abuse of a position of trust are **SUSTAINED.**

**ORDERED:** Government's Motion for (Possible) Variance (Doc #32) is **DEEMED MOOT.**

**ORDERED:** Defendant's Motion to Restrict Access (Doc #38) is **GRANTED in PART**, as stated on the record. Defendant shall file redacted motions for downward departure and for a variant sentence.

**ORDERED:** Defendant may supplement her motions (Docs #36 and # 37) by **July 3, 2012.**

**ORDERED:** Sentencing hearing continued to **July 13, 2012 at 8:00 a.m.**

**ORDERED:** Bond is continued.

**3:08 p.m.     COURT IN RECESS**

**Total in court time:        31 minutes**

**Hearing continued**