# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 13, 2012 |
| Court Reporter: Janet Coppock | Time: one hour and 13 minutes |
| Probation Officer: Justine Kozak | Interpreter: n/a |

**CASE NO. 11-CR-00356-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Thomas O'Rourke |
| Plaintiff, | |
| vs. | |
| **MICKEY MARIE PALMORE,** | Brian Leedy |
| Defendant. | |

## CONTINUED SENTENCING

**8:05 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

Court has received defendant's supplements to her motions for variant sentence and downward departure.

Thomas Lake addresses the Court.

Page Two
11-CR-00356-PAB
July 13, 2012

Argument by Mr. Leedy in support of defendant's motions for departure and variant sentence and comments addressing sentencing.

Argument by Mr. O'Rourke and comments addressing sentencing.

Harry Auston addresses the Court.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Variant Sentence (Doc #49) is **GRANTED.**

**ORDERED:**  Defendant's Motion for Departure Pursuant to U.S.S.G. § 5H1.6 (Doc # 50) is **DENIED.**

Defendant entered her plea on **January 10, 2012** to count **1 of the Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of   years.

**ORDERED:  Conditions** of Probation are that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

Page Three
11-CR-00356-PAB
July 13, 2012

**ORDERED:** **Special Condition** of Probation are that:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall not be employed in the field which allows her access to other's money or pension benefit.
- (**X**) Defendant shall be placed on home detention for a period of **six** months, to commence within **21 days of sentencing**. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows:

Fringe Benefit Services Inc.         $ 15,000.00
7010 Broadway #106
Denver, Colorado 80221-2913

Zurich American Insurance Company    $542,026.46
P.O. Box 66944
Chicago, Illinois 60666-0944

**ORDERED:** Interest on restitution is **WAIVED.**

Page Four
11-CR-00356-PAB
July 13, 2012

**ORDERED:** Government's Motion to Dismiss (Doc #29) is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond exonerated.

**9:18 a.m.     COURT IN RECESS**

**Total in court time:       73 minutes**

**Hearing concluded**